OCTOBER 25, 1990

No. A–309. NORMAN ET AL. *v.* REED ET AL. Application for stay, presented to JUSTICE STEVENS, and by him referred to the Court, granted to the extent that the August 29, 1990, decision of the Cook County Officers Electoral Board, No. 90COEB–2, is to remain in effect pending the timely filing and disposition of a petition for writ of certiorari.